

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00154-CV

| | | |
|---|---|---|
| JACOB SPAIN, STEPHEN BAKER, CONNER ASH, AND COLE HAYES, Appellants | § | On Appeal from the 48th District Court |
| | § | of Tarrant County (048-349379-24) |
| V. | § | May 1, 2025 |
| MANPOW, LLC AND UNITED INVESTEXUSA 28, LLC, Appellees | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the temporary-injunction order of the trial court is affirmed.

It is further ordered that Appellants Jacob Spain, Stephen Baker, Conner Ash, and Cole Hayes shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Wade Birdwell_____
Justice Wade Birdwell